```
DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
DAVID J. GALLEGOS
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
DANTON D. DIAZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>     v.                            )<br>                                   )<br>DANTON D. DIAZ,                    )<br>                                   )<br>            Defendant.             )<br>_____) | No. 2:12-CR-0032-EFB<br><br>STIPULATION TO SET FOR CHANGE OF PLEA<br><br><br>Date:  April 23, 2012<br>Time:  10:00 a.m.<br>Judge: Hon. Edmund F. Brennan |

   IT IS HEREBY STIPULATED between the parties through their respective counsel, Nicholas M. Fogg, Special Assistant United States Attorney, and Linda C. Harter, Chief Assistant Federal Defender, attorney for DANTON D. DIAZ, and Certified Student Attorney, David J. Gallegos, that the Court vacate the trial confirmation hearing set for March 26, 2012 at 10:00 a.m., and vacate the jury trial on April 17, 2012 at 9:30 a.m., and set a change of plea hearing for April 23, 2012 at 10:00 a.m.

```
Dated:  March 21, 2012
                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Linda Harter
                                    LINDA HARTER
                                    Chief Assistant Federal Defender
                                    Attorney for Defendant
                                    DANTON D. DIAZ

                                    /s/ David J. Gallegos
                                    DAVID J. GALLEGOS
                                    Certified Student Attorney

Dated:  March 21, 2012              BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ Nicholas M. Fogg
                                    NICHOLAS M. FOGG
                                    Special Assistant U.S. Attorney
```

**ORDER**

IT IS SO ORDERED.

Dated:  March 22, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE